FILED'10 JUL 7 10:45USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| DIANA MAXWELL, | 09-CV-405-PK |
| Plaintiff, | ORDER |
| v. | |
| KELLY SERVICES, INC., | |
| Defendant. | |

**CRAIG A CRISPIN**
Crispin Employment Lawyers
1834 S.W. 58th
Suite 200
Portland, OR 97221
(503) 293-5759

    Attorneys for Plaintiff

**CLAY D. CREPS**
**KRISTA N. HARDWICK**
**JOCELYNNE P. MCADORY**
Bullivant Houser Bailey, PC
300 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204
(503) 499-4631
    Attorneys for Defendant

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Paul Papak issued Findings and Recommendation (#49) on May 26, 2010, in which he recommends this Court grant in part and deny in part Defendant's Motion for Summary Judgment (#36). The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#49). Accordingly, the Court:

1. **GRANTS** Defendant's Motion for Summary Judgment (#36) as to Plaintiff's First Claim to the extent that Plaintiff alleges Defendant's failure to reinstate Plaintiff constituted pregnancy discrimination.

2. **DENIES** Defendant's Motion for Summary Judgment (#36) as to Plaintiff's First Claim to the extent that she

alleges Defendant's removal of Plaintiff from Merix constituted pregnancy discrimination.

3.   **DENIES** Defendant's Motion for Summary Judgment (#36) as to Plaintiff's Second, Third, and Fourth Claims.

IT IS SO ORDERED.

DATED this 7th day of July, 2010.

*Anna J. Brown*
ANNA J. BROWN
United States District Judge

3 - ORDER